106 A.3d 669

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James Lynn HEFFERMAN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 17, 2014.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by petitioner, are:

(1) Whether a police officer can knowingly violate the MPJA to investigate an alleged crime outside of their jurisdiction with only reasonable suspicion that a crime might have occurred inside their jurisdiction without coming into contact with Defendant at any time inside the officer's jurisdiction?

(2) Whether the Superior Court erred as a matter of law by not applying the exclusionary rule?